IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CATHERINE PATRICE PAIGE,

     Appellant,

v.

     Case No.  5D23-129
     LT Case No. 16-2018-CF-3145

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed June 27, 2023

Appeal from the Circuit Court
for Duval County,
London M. Kite, Judge.

Jessica J. Yeary, Public Defender,
and Ross S. Haine, II, Assistant
Public Defender, Tallahassee, for
Appellant.

No Appearance for Appellee.


PER CURIAM.


     AFFIRMED.


LAMBERT, C.J., BOATWRIGHT and KILBANE, JJ., concur.